UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:19-cv-10314-IT

ANDRES RAMON MELO,

      Plaintiff,

vs.

IAMB, INC. and
POTAMIA REALTY TRUST,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

The Parties, by and through the undersigned counsel, hereby submit this Notice of Settlement to advise the Court that a settlement has been reached by the Parties. A Stipulation for Settlement has been drafted and finalized, executed by Plaintiff, and is awaiting execution by Defendants. The Parties respectfully request that the Court dismiss the case without prejudice subject to the right of either party to move within fourteen (14) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>By his attorneys, | The Defendants,<br>By their attorney, |
| /s/Edward N. Garno, Esq.<br>Edward N. Garno, Esq.<br>P.O. Box 643<br>Lowell, Massachusetts 01853<br>Telephone: (978) 397-2400<br>Facsimile: (978) 455-1817<br>E-mail: nedgarno@hotmail.com<br>Massachusetts Bar No.: 564378<br>Counsel for Plaintiff | /s/Ronald W. Dunbar, Jr., Esq.<br>Ronald W. Dunbar, Jr., Esq.<br>Dunbar Goloboy LLP<br>197 Portland Street, 5th Floor<br>Boston, Massachusetts 02114<br>Telephone: (617) 244-3550<br>Facsimile: (617) 248-9751<br>E-mail: dunbar@dunbarlawpc.com<br>Massachusetts Bar No.: 567023<br>Counsel for Defendants |
| /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, Florida 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Counsel for Plaintiff | |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on December 17, 2019, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Ronald W. Dunbar, Jr., Esq.

WE HEREBY CERTIFY that on December 17, 2019, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: None.

By:   /s/Todd W. Shulby, Esq.
      Todd W. Shulby, Esq.